UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JANE DOE,

            Plaintiff,

            v.

SABINA KAPLAN, SUPERINTENDENT OF     Case No.: 16-CV-9870
BEDFORD HILLS CORRECTIONAL FACILITY;  (NSR)(DJS)
ROY SNYDER, DEPUTY SUPERINTENDENT
FOR SECURITY; RUBEN GARCIA; CO
MALDONADO; CARMEN PADILLA; JOHN/JANE   **DEFAULT JUDGMENT**
DOES 1-10,

            Defendants.
_____

      This action having been commenced on December 22, 2016 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Ruben Garcia, on <u>April 19, 2017</u> personal service on Ruben Garcia, and proof of service having been filed on <u>April 25, 2017</u> and the defendant not having answered the Complaint, and the time for answering the Complaint having expired. There being no objection to the entry of judgement, the Court finds good cause to grant the motion. The court will conduct an inquest pursuant to Federal Rules of Civil Procedure 55(b)(2) to determine the amount of damages Plaintiff is entitled to.

      Accordingly, it is hereby **OREDERED, ADJUDGED AND DECREED** that Plaintiff's Motion for Default Judgment is granted. Entry of Judgment is to follow.

Dated: New York, New York
       _____

                                                               _____
                                                                Hon. Nelson S. Roman
                                                                United States District Judge

                                                                This document was entered on the
                                                                docket on _____.